## BOARD OF COMMISSIONERS OF TIPTON COUNTY *v.* PERSHING.

[No. 2,944.    Filed March 30, 1899.]

APPEAL AND ERROR.—*Dismissal.*—Where no judgment was rendered in the court below for or against the party appealing, the cause will be dismissed.

From the Tipton Circuit Court. *Appeal dismissed.*

*Gifford & Coleman,* for appellant.

*Waugh, Kemp & Waugh,* for appellee.

ROBINSON, J.—Transferred from the Supreme Court. The title of this case in the complaint filed is: "Marion W. Pershing v. The Board of Commissioners of Tipton county, Indiana." The sole defendant named in the complaint is the board of commissioners. The board demurred to the complaint for want of facts, which demurrer was overruled, and refusing to plead further the following judgment was rendered: "It is therefore considered and adjudged by the court that plaintiff recover of said defendants Joseph H. Glass, E. Perry, and Luther T. Bunch, commissioners of Tipton county, Indiana, the sum of," etc. It is evident that this is not a judgment against the board of commissioners of Tipton county. In fact it does not appear that any valid judgment has been rendered in the case. The assignment of errors to this court is, "The Board of Commissioners of Tipton county, and State of Indiana, appellant v. Marvin W. Pershing, appellee. The appellant says there is manifest error," etc. As no judgment was rendered against the board of commissioners in the court below it is not in position

to appeal to this court. *Moon, Treas.,* v. *Cline,* 11 Ind. App. 460; *McIlvaine, Tr.,* v. *Adams,* 46 Ind. 580; *City of South Bend* v. *Thompson,* 19 Ind. App. 19.

The appeal is dismissed, with costs.